FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 27 2018

James N. Hatten, Clerk
By: /s/ [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM SHANK,

    Plaintiff

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant

CIVIL ACTION FILE NO.
1:18-CV-2689-ODE-JFK

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Janet F. King filed August 29, 2018 [Doc. 30] ("R&R"). No objections have been filed.

In the R&R, Magistrate Judge King recommends that Plaintiff's complaint be dismissed with prejudice. Specifically, Judge King found that Plaintiff, who is represented by counsel, has failed to comply with several orders of the Court despite being forewarned that failure to comply would result in a recommendation of dismissal. Plaintiff has not offered any justification for his non-compliance and has apparently abandoned his claims against Defendant.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case.

SO ORDERED, this 27 day of September, 2018.

/s/ Orinda D. Evans
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE